UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

VINCENT MAANGI OBIERO,

                Petitioner,

v.                                                                   No.  1:26-CV-00127-H

WARDEN, BLUEBONNET
DETENTION CENTER,

                Respondent.

**ORDER**

Petitioner filed a motion for appointment of counsel in this pro se habeas corpus action under 28 U.S.C. § 2241.  Dkt. No. 12.  The Court denies the motion.

A court may appoint counsel to represent a person pursuing federal habeas corpus relief.  18 U.S.C. § 3006A.  But there is no Sixth Amendment right to appointed counsel in habeas actions.  *Pennsylvania v. Finley,* 481 U.S. 551, 555 (1987).  A court may appoint counsel for a financially eligible habeas petitioner when "the interests of justice so require." 18 U.S.C. § 3006A(a)(2); *see also* Misc. Order No. 3 (N.D. Tex. Dec. 20, 2018).  Petitioner has not shown that he is financially eligible, nor has he demonstrated that the interests of justice require appointment of counsel at this stage of the case.  Petitioner has failed to show that his case is so legally or factually complex that he is unable to adequately investigate and present his claim and no hearing has been scheduled.

The Court may appoint counsel if, upon review of the pleadings and relevant records, the Court determines Petitioner is financially eligible and that he may be eligible for relief, that an evidentiary hearing is required, or that the Court would benefit from briefing filed by counsel on his behalf.  Petitioner's motion is denied at this time.  To the extent Petitioner seeks appointment of counsel for purposes of his pending interlocutory appeal,

the motion is denied without prejudice to his right to file his motion directly with the appellate court.

So ordered.

Dated April 24, 2026.

James Wesley Hendrix
United States District Judge

2