UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

VINCENT MAANGI OBIERO,

                Petitioner,

v.

                           No. 1:26-CV-00127-H

WARDEN, BLUEBONNET
DETENTION CENTER,

                Respondent.

## ORDER

Petitioner filed a motion for reconsideration of its order denying his request for appointment of counsel.[1] Dkt. No. 19. The Court denies the motion for the reasons stated in the prior order, Dkt. No. 14. Petitioner has not demonstrated that the interests of justice require appointment of counsel at this stage of the case. Petitioner has failed to show that his case is so legally or factually complex that he is unable to adequately investigate and present his claim and no hearing has been scheduled. Indeed, Petitioner has filed his reply to the Respondent's response, and this case will be reviewed in due course.

To the extent Petitioner seeks appointment of counsel for purposes of his pending interlocutory appeal, the motion is denied without prejudice to his right to file his motion directly with the appellate court.

So ordered.

Dated May __7__, 2026.

                                       _____
                                       JAMES WESLEY HENDRIX
                                       United States District Judge

---

[1] Petitioner also asked the Court to reconsider the denial of his motion to proceed *in forma pauperis* (IFP) on appeal. Although the Court previously entered a notice of deficiency and requiring Petitioner to either pay the appellate filing fee, or file a certificate of his inmate trust account statement, Dkt. No. 17, the Court did not rule on the IFP motion until today.